IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LASZLO PENTEK,

    Plaintiff,

v.                                                            Civil Action No. 3:24cv868

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter asking for various forms, complaining about his conditions of confinement, and asking for advice. (ECF No. 1.) By Memorandum Order entered on December 20, 2024, the Court explained that it did not have most of the forms or instructions Plaintiff requested, that it could not provide legal advice to litigants, and that Plaintiff should contact the law library at his institution for the information he sought. (ECF No. 2.) Nevertheless, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. (ECF No. 2.) The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 01/24/2025
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge